**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Rodney T. Willett** | Social Security number or ITIN **xxx–xx–7176** |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Northern District of Illinois** | Date case filed for chapter  **13**  **12/20/17** |
| Case number: | **17–37564** | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case                                   12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Rodney T. Willett | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 2925 W. 59th Street<br>Apt. 2B<br>Chicago, IL 60629 | |
| 4. | **Debtor's attorney**<br>Name and address | David M Siegel<br>David M. Siegel & Associates<br>790 Chaddick Drive<br>Wheeling, IL 60090 | Contact phone 847 520–8100<br>Email: davidsiegelbk@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Tom Vaughn<br>55 E. Monroe Street, Suite 3850<br>Chicago, IL 60603 | Contact phone 312 294–5900 |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604 | Hours open: 8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.<br>Contact phone 1–866–222–8029<br>Date: 12/21/17 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 25, 2018 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Debtors must bring a picture ID and proof of their Social Security Number**. | **Location:**<br>**55 East Monroe, Suite 3850, Chicago, IL 60603** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 3/26/18** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 2/28/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 6/18/18** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**  30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**2/26/18** at **10:30 AM**, Location: **219 South Dearborn, Courtroom 680, Chicago, IL 60604**<br><br>**The Disclosure of Compensation has been filed and the debtor's attorney is requesting fees of $ 4000.00**<br>Objections to confirmation of the Plan shall be filed at least 7 days prior to the confirmation hearing. If there are no objections, the Court may confirm the plan and allow fees requested by debtor's counsel to be paid through the plan. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 17-37564-JPC
Rodney T. Willett                                                         Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: ccorona1              Page 1 of 2                Date Rcvd: Dec 21, 2017
                               Form ID: 309I               Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 23, 2017.
db           +Rodney T. Willett,    2925 W. 59th Street,    Apt. 2B,    Chicago, IL 60629-2240
26300775      AT&T,    Bankruptcy Dept,   6021 S. Rio Grande Ave, 1st Floor,    Orlando, FL 32809-4613
26300776      AT&T,    Bankruptcy Dept.,    1585 Waukegan Road,    Waukegan, IL 60085-6727
26300782     +City of Chicago,    Dept. of Revenue,    PO Box 88292,    Chicago, IL 60680-1292
26300783      City of Chicago Parking,    121 N LaSalle Street,    Room 107A,    Chicago, IL 60602-1232
26300784      City of Chicago Red Light Camera,    PO Box 8073,    Chicago, IL 60680-8073
26300785     +Dependon Collection Service,    Attn: Bankruptcy,    PO Box 4983,    Oak Brook, IL 60522-4983
26300791     +Michael R. Richmond,    33 North Dearborn St.,    Suite 1907,    Chicago, IL 60602-3828
26300793     +Peoples Engy,    200 East Randolph,    Chicago, IL 60601-6302
26300797     +Secretary of State,    Safety & Financial Responsibility,    2701 South Dirksen Parkway,
               Springfield, IL 62723-1000
26300798      Secretary of State License Renewal,    3701 Winchester Road,    Springfield, IL 62707-9700
26300799     +Secretary of State W4307388421,    Safety & Financial Responsibility,
               2701 South Dirksen Parkway,    Springfield, IL 62723-1000
26300804     +TCF National Bank,    P.O. Box 170995,    Milwaukee, WI 53217-8096
26300805     +Urban Alternatives,    5601 W West End Ave,    Chicago, IL 60644-3047

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: davidsiegelbk@gmail.com Dec 22 2017 00:54:46     David M Siegel,
               David M. Siegel & Associates,   790 Chaddick Drive,    Wheeling, IL  60090
tr           +E-mail/Text: 341NOTICE@TVCH13.NET Dec 22 2017 00:56:55     Tom Vaughn,
               55 E. Monroe Street, Suite 3850,   Chicago, IL 60603-5764
ust          +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Dec 22 2017 00:55:40     Patrick S Layng,
               Office of the U.S. Trustee, Region 11,   219 S Dearborn St,    Room 873,
               Chicago, IL 60604-2027
26300769     +EDI: AFNIRECOVERY.COM Dec 22 2017 00:33:00      AFNI,   PO Box 3667,
               Bloomington, IL 61702-3667
26300777     +EDI: CINGMIDLAND.COM Dec 22 2017 00:33:00      AT&T,   Bankruptcy Dept.,    5407 Andrew Highway,
               Midland, TX 79706-2851
26300768     +E-mail/Text: bankruptcy@rentacenter.com Dec 22 2017 00:57:42     Acceptance Now,
               5501 Headquarters Dr,   Plano, TX 75024-5837
26300770     +EDI: GMACFS.COM Dec 22 2017 00:33:00      Ally Financial,   P O Box 380901,
               Bloomington, MN 55438-0901
26300771      EDI: GMACFS.COM Dec 22 2017 00:33:00      Ally Financial,   PO Box 130424,
               Roseville, MN 55113-0004
26300773     +EDI: AIS.COM Dec 22 2017 00:33:00      American InfoSource, LP,   PO Box 269093,
               Oklahoma City, OK 73126-9093
26300774     +EDI: PHINHARRIS Dec 22 2017 00:33:00      Arnold Scott Harris, P.C.,
               111 W. Jackson Blvd. Ste. 600,   Chicago, IL 60604-3517
26300780      EDI: CAPITALONE.COM Dec 22 2017 00:34:00      Capital One Bank Usa N,    15000 Capital One Dr,
               Richmond, VA 23238
26300778      EDI: CAPITALONE.COM Dec 22 2017 00:34:00      Cap One,   Bankruptcy Dept.,    PO Box 30285,
               Salt Lake City, UT 84130-0285
26300779     +EDI: CAPITALONE.COM Dec 22 2017 00:34:00      Capital 1 Bank,   Attn: General Correspondence,
               Po Box 30285,   Salt Lake City, UT 84130-0285
26300781      EDI: CAPITALONE.COM Dec 22 2017 00:34:00      Capital One, N.A.,   PO Box 71083,
               Charlotte, NC 28272-1083
26300786     +EDI: NAVIENTFKASMDOE.COM Dec 22 2017 00:34:00      Dept Of Ed/navient,    Po Box 9635,
               Wilkes Barre, PA 18773-9635
26300787     +EDI: PHINHARRIS Dec 22 2017 00:33:00      Harris & Harris LTD,   222 Merchandise Mart Plaza,
               Suite 1900,   Chicago, IL 60654-1421
26300788      E-mail/Text: des.claimantbankruptcy@illinois.gov Dec 22 2017 00:57:13     IDES,
               Benefit Repayments,   PO Box 6996,   Chicago, IL 60680-6996
26300789      E-mail/Text: des.claimantbankruptcy@illinois.gov Dec 22 2017 00:57:13
               Illinois Department of Employment S,    Benefit Payment Control,   PO Box 4385,
               Chicago, IL 60680-4385
26300790     +EDI: RESURGENT.COM Dec 22 2017 00:34:00      LVNV Funding, LLC,   PO Box 10497,
               Greenville, SC 29603-0497
26300794      EDI: PRA.COM Dec 22 2017 00:33:00      Portfolio Recovery Associates, LLC,    PO Box 41067,
               Norfolk, VA 23541
26300801      EDI: NEXTEL.COM Dec 22 2017 00:33:00      Sprint Nextel Correspondence,    Attn: Bankruptcy Dept.,
               PO Box 7949,   Overland Park, KS 66207-0949
26300796      EDI: NAVIENTFKASMGUAR.COM Dec 22 2017 00:34:00      Sallie Mae,
               Bankruptcy Litigation Unit E3149,   PO Box 9430,   Wilkes Barre, PA 18773-9430
26300800     +E-mail/Text: chicago.bnc@ssa.gov Dec 22 2017 00:56:34     Social Security Admin.,
               Bankruptcy Department,   77 W Jackson,   Chicago, IL 60604-3600
26300802      EDI: AISTMBL.COM Dec 22 2017 00:33:00      T Mobile Bankruptcy Team,   PO Box 53410,
               Bellevue, WA 98015
26300803      EDI: AISTMBL.COM Dec 22 2017 00:33:00      T Mobile Wireless,   Attn: Bankruptcy Dept.,
               PO Box 37380,   Albuquerque, NM 87176-7380
26300806      EDI: USCELLULAR.COM Dec 22 2017 00:34:00      US Cellular,   Bankruptcy Department,
               PO Box 7835,   Madison, WI 53707-7835
                                                                                              TOTAL: 26

```
District/off: 0752-1           User: ccorona1              Page 2 of 2              Date Rcvd: Dec 21, 2017
                               Form ID: 309I               Total Noticed: 40

            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
26300772     ##+American Collections,   919 Estes Court,   Schaumburg, IL 60193-4436
26300792     ##+Pentagroup Financial,   Bankruptcy Department,    5959 Corporate Drive, Ste 1400,
              Houston, TX 77036-2311
26300795     ##+Rent Recovery Solution,    2814 Spring Rd Se Ste 30,   Atlanta, GA 30339-3036
                                                                            TOTALS: 0, * 0, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 21, 2017 at the address(es) listed below:
          David M Siegel    on behalf of Debtor 1 Rodney T. Willett davidsiegelbk@gmail.com,
           davidmsiegel@hotmail.com;R41057@notify.bestcase.com;johnellmannlaw@gmail.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Tom Vaughn    ecf@tvch13.net, ecfchi@gmail.com
                                                                                 TOTAL: 3
```